# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY D. OSWALD,<br><br>　　　　Defendant. | No. 3:24-po-0137-DMC-1<br><br><br>ORDER |

For good case shown and on the Government's motion, ECF No. 10, citation no. F5305197 is dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). This matter remains on calendar for a bench trial on January 29, 2025, at 11:00 a.m., in Sacramento, California, as to citation no. F5376115.

　　　　　　IT IS SO ORDERED.


Dated:  December 3, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1