HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710
Megan_hopkins@fd.org

Attorney for Defendant
JEFFREY OSWALD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-po-00137-DMC |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BENCH TRIAL |
| v. | |
| JEFFREY OSWALD, | Date:   March 13, 2025<br>Time:   9:30 a.m. |
| Defendant. | Location:  Sacramento, California |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Heiko Coppola, counsel for Plaintiff, and Assistant Federal Defender Megan Hopkins, counsel for defendant, that the bench trial in this case be continued to **March 13, 2025, 9:30 at a.m.**, in Sacramento, California.

This continuance is requested to accommodate defense counsel scheduling issues after consulting with the Court and the government.

/ / /

/ / /

Stipulation to Continue Bench Trial     -1-

| | | |
|---|---|---|
| 1 | Dated: December 17, 2024 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Public Defender |
| 3 | | */s/ Megan T. Hopkins* |
| 4 | | MEGAN HOPKINS<br>Assistant Federal Defender |
| 5 | | Attorney for JEFFREY OSWALD |
| 6 | Dated: December 17, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| 7 | | |
| 8 | | */s/ Nicole Vanek*<br>NICOLE VANEK |
| 9 | | Assistant US Attorney<br>Attorney for Plaintiff |

Stipulation to Continue Bench Trial        -2-

# **O R D E R**

**IT IS HEREBY ORDERED** that the Bench Trial is continued to **March 13, 2025, at 9:30 a.m.**, in Sacramento, California.

Dated:  December 30, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE